# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

PNC EQUIPMENT FINANCE, LLC,

    Plaintiff

    v.                       C-1-12-236

AERO TOY STORE, LLC,
*et al.*,

    Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 45) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 45) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Defendants' two Motions to Dismiss for Insufficient

Service of Process (doc. nos. 26 and 44) are DENIED WITHOUT PREJUDICE and plaintiff's Motion to Strike Defendants' Demand for a Jury Trial on Their Counterclaim (doc. no. 27) is GRANTED.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                                           __s/Herman J. Weber_____
                                            Herman J. Weber, Senior Judge
                                              United States District Court